| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

CHRISTOPHER LINDSEY, §
§
    Petitioner, §
§
versus                                             §     CIVIL ACTION NO. 1:15-CV-181
§
BUREAU OF PRISONS, et al., §
§
    Respondents. §

**MEMORANDUM ORDER ADOPTING THE MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Petitioner Christopher Lindsey, an inmate confined in the Bureau of Prisons, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends this petition be dismissed for want of prosecution.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

**O R D E R**

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 21st day of December, 2015.

                                                        MARCIA A. CRONE
                                            UNITED STATES DISTRICT JUDGE